```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3088 |
| v. | ) | |
| | ) | |
| MATTHEW A. NELSON, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's unopposed motion to continue trial, filing 20, is granted, and

1. Trial of this matter is continued to 9:00 a.m., December 18, 2006 for a duration of two trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between October 31, 2006 and December 18, 2006 shall be excluded from the calculation of speedy trial time for the reason that it is more important for the defendant to be represented by an attorney who is fully informed and prepared for trial than it is for the defendant to have a speedy trial, and that failure to extend the trial date might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge