IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3088 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MATTHEW NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that Defendant Nelson's Rule 35 hearing is rescheduled to **10:15 a.m.** on Wednesday, July 16, 2008, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant will participate in the hearing by telephone.

July 8, 2008.              BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge