IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3088 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MATTHEW A. NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The plaintiff's motion to continue (filing 77) is granted.

(2)   Defendant Nelson's revocation hearing in Case No. 4:06CR3088 is rescheduled to the same date and time as his sentencing hearing in Case No. 8:09CR392: Friday, June 4, 2010, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated March 22, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge