IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:06CR3088 |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW A. NELSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After consultation with the United States Probation and Pretrial Services Officer,

IT IS ORDERED that supervised release in this case, but only this case, is terminated.

DATED this 29th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge